UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH MELANCON

VERSUS                                                  CIVIL ACTION

IVY MILLER, ET AL                                       NUMBER 13-323-BAJ-SCR

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, May 24, 2013.

*[signature: Stephen C. Riedlinger]*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH MELANCON

VERSUS                                                CIVIL ACTION

IVY MILLER, ET AL                                     NUMBER 13-323-BAJ-SCR

**MAGISTRATE JUDGE'S REPORT**

Pro se plaintiff, a former inmate at Dixon Correctional Institute ("DCI"), Jackson, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against DCI Warden Steve Rader and DCI Director of Classification Ivy Miller.  Plaintiff alleged that he was denied participation in a work release program in violation of His constitutional rights.

For the reasons which follow, the plaintiff's complaint should be dismissed as frivolous.

**I. Background**

Plaintiff alleged that in May 2012, he participated in a pre-release program which included a skills module in substance abuse. Plaintiff alleged that in July 2012, Director Ivy informed him that his request for work release was denied because of his extensive criminal history.  Plaintiff alleged that in November 2012, Warden Rader denied his request for work release on grounds that he had not completed substance abuse treatment.  Plaintiff alleged that he did participate in the substance abuse program and Warden Rader

erroneously denied work release based on his failure to complete substance abuse treatment.

## II. Applicable Law and Analysis

### A. Frivolous Standard

An in forma pauperis suit is properly dismissed as frivolous if the claim lacks an arguable basis either in fact or in law. *Denton v. Hernandez*, 504 U.S. 25, 112 S.Ct. 1728, 1733 (1992); *Neitzke v. Williams*, 490 U.S. 319, 109 S.Ct. 1827, 1831-32 (1989); *Hicks v. Garner*, 69 F.3d 22, 24 (5th Cir. 1995). A court may dismiss a claim as factually frivolous only if the facts are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional. *Denton,* 504 U.S. at 33-34, 112 S.Ct. at 1733. Pleaded facts which are merely improbable or strange, however, are not frivolous for 28 U.S.C. § 1915(d) purposes. *Id.; Ancar v. SARA Plasma, Inc.*, 964 F.2d 465, 468 (5th Cir. 1992). Dismissal § 1915(d) may be made at any time before or after service of process and before or after an answer is filed. *Green v. McKaskle*, 788 F.2d 1116, 1119 (5th Cir. 1986).

Prisoners have neither a liberty nor property interest in the work release program. *Ard v. LeBlanc*, 404 Fed.Appx. 928, 929 (5th Cir. 2010) (citing *Welch v. Thompson*, 20 F.3d 636 (5th Cir. 1994)). Classification of inmates in Louisiana is the duty of the Louisiana Department of Corrections and inmates have no right to a particular

classification under state law. *McGruder v. Phelps*, 608 F.2d 1023 (5th Cir. 1979.) Prison administrators are accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgement are needed to preserve internal order and discipline and to maintain institutional security. *Hewitt v. Helms*, 459 U.S. 460, 103 S.Ct. 864 (1983).

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that the plaintiff's claims be dismissed pursuant to 28 U.S.C. § 1915, and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, May 24, 2013.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE