UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH MELANCON

VERSUS

IVY MILLER
AND WARDEN RADER

CIVIL ACTION

NUMBER 13-323-BAJ

**RULING and**
**ORDER OF DISMISSAL**

The Court has carefully considered the Complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 24, 2013 (doc. no. 4), to which no objection has been filed.

The Court hereby approves the Report and Recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, Plaintiff's claims are dismissed pursuant to 28 U.S.C. § 1915, and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, _October 4_, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA